# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| XIROS, LTD.,<br><br>    Plaintiff<br>v.<br><br>DEPUY SYNTHES SALES, INC.,<br><br>    Defendant. | Civil Action No. 1:22-cv-11362-AK<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

## STIPULATED DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Xiros, LTD. ("Xiros") and Defendant DePuy Synthes Sales, Inc. ("DSS"), by and through their respective counsel, hereby stipulate to dismissal of all claims for relief in this action and all claims therein, with prejudice, each party to bear its own costs, expenses and attorneys' fees.

                                    Respectfully submitted,

Dated: July 24, 2023                */s/ Michael C. Ting*
                                    Christie Larochelle (BBO# 705561)
                                    clarochelle@goodwinlaw.com
                                    **GOODWIN PROCTER LLP**
                                    100 Northern Avenue
                                    Boston, Massachusetts 02210
                                    Tel.: (617) 570-1683
                                    Fax: (617) 321-4382

                                    Neel Chatterjee (*pro hac vice*)
                                    NChatterjee@goodwinlaw.com
                                    Michael C. Ting (*pro hac vice*)
                                    MTing@goodwinlaw.com
                                    **GOODWIN PROCTER LLP**
                                    601 Marshall Street
                                    Redwood City, California 94063
                                    650.752.3100 Telephone
                                    650.853.1038 Facsimile

Natasha E. Daughtrey (*pro hac vice*)
NDaughtrey@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 South Figueroa Street
41st Floor
Los Angeles, California 90017
213.426.2500 Telephone
213.623.1673 Facsimile

*Counsel for Plaintiff Xiros, Ltd.*

*/s/ Lisa S. Glasser*
Jenna L. LaPointe (BBO#699045)
**JONES DAY**
100 High Street, 21st Floor
Boston, MA 02110
Telephone: (617) 449-6910
Email: jlapointe@jonesday.com

Lisa S. Glasser (*pro hac vice*)
**IRELL & MANELLA LLP**
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone: (949) 760-0991
Fax: (949) 760-5200
Email: lglasser@irell.com

*Counsel for Defendant DePuy Synthes Sales, Inc.*

## CERTIFICATE OF SERVICE

    I, Michael C. Ting, hereby certify that the above Stipulation of Dismissal with Prejudice shall be served on all counsel of record through the ECF filing system on July 24, 2023

*/s/ Michael C. Ting*_____
*Michael C. Ting* (*pro hac vice*)